IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01681-EWN-CBS

DAVID BUTTS,
    Applicant,
v.

STEVE HARTLEY, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

## ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Butts' "Motion for Permission to File Traverse and Extension of Time" (filed October 18, 2007) (doc. # 14).  Pursuant to the Order of Reference dated August 22, 2007 (doc. # 6) and the memorandum dated October 18, 2007 (doc. # 15), this matter was referred to the Magistrate Judge.  The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

IT IS ORDERED that Mr. Butts' "Motion for Permission to File Traverse and Extension of Time" (filed October 18, 2007) (doc. # 14) is GRANTED.  Mr. Butts may file his traverse to the Application for a Writ of Habeas corpus Pursuant to 28 U.S.C. § 2254 **on or before November 14, 2007**.

Dated at Denver, Colorado this 18th day of October, 2007.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge